# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-MC-00232-FDW-DSC

| | |
|---|---|
| AILERON INVESTMENT LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN LENDING CENTER LLC, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Robert L. Rocke and Jonathan B. Sbar]" (documents ##11 and 12) filed January 14, 2022.  For the reasons set forth therein, the Motions will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: January 18, 2022

_____
David S. Cayer
United States Magistrate Judge